1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES COLLINS,

11              Plaintiff,              No. CIV S-08-0586 FCD KJM P

12        vs.

13   D.K. SISTO, et al.,

14              Defendants.             <u>ORDER</u>

15   _____/

16              Plaintiff has requested an extension of time to file and serve an opposition to

17   defendants' September 4, 2008 motion to dismiss.  Good cause appearing, IT IS HEREBY

18   ORDERED that:

19              1.  Plaintiff's request for an extension of time (docket no. 11) is granted; and

20              2.  Plaintiff is granted thirty days from the date of this order in which to file and

21   serve an opposition to defendants' September 4, 2008 motion to dismiss.  Defendants' reply, if

22   any, shall be filed seven days thereafter.

23   DATED:  October 17, 2008.

24                                      _____

25                                      U.S. MAGISTRATE JUDGE

26   /mp
     coll0586.36