IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES COLLINS,

        Plaintiff,　　　　　　　　　No. CIV-S-08-0586 FCD KJM P

   vs.

D.K. SISTO, et al.,

        Defendants.　　　　　　　　ORDER

_____/

       On June 18, 2010, defendants filed a motion for summary judgment. Plaintiff has not opposed the motion, even though the court granted his motion for an extension of time. Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant Federal Rule of Civil Procedure 41(b).

DATED: September 29, 2010.

                                     U.S. MAGISTRATE JUDGE

2
coll0586.46osc

1