IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES COLLINS,

        Plaintiff,                      No. CIV-S-08-0586 FCD KJM P

    vs.

D.K. SISTO, et al.,                    <u>ORDER AND</u>

        Defendants.             <u>FINDINGS AND RECOMMENDATIONS</u>

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 18, 2010, defendants filed a motion for summary judgment.  On September 30, 2010, plaintiff was ordered to file an opposition or a statement of non-opposition to the pending motion within thirty days.  In the same order, plaintiff was informed that failure to file an opposition would result in a recommendation that this action be dismissed pursuant to Fed. R. Civ. P. 41(b).  The thirty day period has now expired and plaintiff has not responded to the court's order.

        In addition, defendants have filed a motion to modify the scheduling order in light of the pending motion for summary judgment.

        IT IS THEREFORE ORDERED that the motion to modify the scheduling order (docket no. 29) is granted and the remaining dates in that order are hereby vacated.

1

1      For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be
2 dismissed pursuant to Federal Rule of Civil Procedure 41(b).
3      These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
5 days after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
8 objections shall be filed and served within seven days after service of the objections.  The parties
9 are advised that failure to file objections within the specified time may waive the right to appeal
10 the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
11 DATED: October 29, 2010.

_____
U.S. MAGISTRATE JUDGE

2
coll0586.46f&r